### JONES *et al. v.* BASS & COMPANY.

BECK, J. Under the provisions of the Civil Code, § 4915, the sheriff or deputy sheriff is authorized to levy a fi. fa. issued from a justice's court. This disposes of the only ruling made in the trial upon which error is assigned. *Judgment affirmed. All the Justices concur.*
APRIL 18, 1913.

Claim. Before Judge Maddox. Floyd superior court, October 24, 1911.

*Henry Walker,* for plaintiffs in error.

*Lipscomb, Willingham & Wright* and *Nathan Harris,* contra.